■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN VASALKA, Appellant. [628 NYS2d 603] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated May 16, 1994 *(People v Vasalka,* 204 AD2d 581), affirming a judgment of the County Court, Nassau County, rendered September 23, 1991, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Thompson, J. P., Copertino, Pizzuto and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN L. WILSON, Appellant. [628 NYS2d 603] —Appeal by the defendant from two judgments of the County Court, Orange County (Berry, J.), both rendered December 13, 1993, convicting him of criminal sale of a controlled substance in the third degree (one count under each indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.